IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DAVID ALLEN AMOS,
#31876-044,

Petitioner,

v.             Civil No. 12-cv-141-DRH-DGW (S.D. Ill.)
                  Crim. No. 04-cr-158-JCH (E.D. MO.)

J.S. WALTON,

Respondent.

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on December 13, 2013, the Petition for Writ of Habeas Corpus is **GRANTED**. The BOP is directed to reduce petitioner David Allen Amos' sentence to a total term of 131 months imprisonment, commencing as of March 31, 2006, the date of the original judgment. All other terms and conditions shall remain the same.

**IT IS SO ORDERED.**

Signed this 13th day of December, 2013.

Digitally signed by
David R. Herndon
Date: 2013.12.13
15:19:09 -06'00'

Chief Judge
United States District Court